

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2023

No. 04-22-00338-CR

Paul Anthony **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5398
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The appellant's brief was due on February 6, 2023. However, the appellant has filed a second unopposed motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **March 8, 2023**.

**No further extensions of time will be granted absent extenuating circumstances.**

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2023.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court